3:09cr0038

RECEIVED
APR 13 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Dear Judge Jarvey

I am writing in regards to My Sentence, and release Date. Judge Jarvey, you sentence Me too 14 Months without probation. So it's a Must that I remind you that I relocated to Council Bluff, Iowa to the shelter. My probation officer sent me to Omaha, Ne to the Halfway house. He Also to me that it was court order that I be in the halfway house!! Judge Jarvey, I am homeless and I am asken you to give me another chance in the halfway house in Davenport Iowa At least 4-6 months instead of put me back on the streets with Nowhere to go..!! The halfway house has tools that will help me get started in rebuilding my life! I pray that you will answer my letter by contacting my counselor

Thank you

Gregory Glenn



Gregory Glenn #11163-029
Grady County Law Enforcement
215 N 3rd St / P.O. Box 1748
Chickasha, OK 73018

*This correspondence is from an inmate at Grady County Law Enforcement Center. GCLEC is not responsible for content.*

c/o Clerk of Court
Judge Jarvey
Federal Court House
131 E 4th St
Davenport, Iowa
52801