IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY PHINTON GLENN, <br><br> Defendant. | No. 3:09-cr-0038-JAJ <br><br><br> **ORDER** |

This matter comes before the court pursuant to a letter from the defendant received April 13, 2020. [Dkt. 132] The defendant was sentenced to a fourteen month term of incarceration with no term of supervised release to follow. It was the result of violations of the terms of his supervised release.

In his letter, the defendant complains about his previous placement at an Omaha halfway house. He seeks placement in a halfway house in Davenport, Iowa.

The defendant's sentence is final. 18 U.S.C. § 3582. There are not grounds for amending his sentence at this time.

Upon the foregoing,

**IT IS ORDERED** that the defendant's request to modify his sentence [Dkt. 132] is denied.

**DATED** this 18th day of April, 2020.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA